■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN· DOTTERY, Appellant. [728 NYS2d 373] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered May 5, 1999, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 8 years, unanimously modified, on the law and as a matter of discretion in the interest of justice, so as to reduce the sentence to 7 years, and otherwise affirmed.

Defendant's claim that the sentencing court improperly delegated its duty to exercise sentencing discretion to another Justice is unpreserved for appellate review (*see, People v Samms*, 95 NY2d 52, 58). However, in the interest of judicial economy, we note the impropriety of a procedure that mandates deferral by the sentencing court to a Justice before whom the case had been pending prior to the plea (*see, People v Farrar*, 52 NY2d 302, 305). Accordingly, defendant's sentence should be reduced from the 8 years offered by the sentencing court·"on behalf of" the other Justice to the 7 years offered earlier by the sentencing court and improperly made contingent upon the other Justice's consent.

Defendant did not establish good cause for assignment of new counsel at sentencing (*see, People v Sides*, 75 NY2d 822). Concur—Williams, J. P., Ellerin, Lerner, Saxe and Buckley, JJ.